IN THE SUPREME COURT OF THE STATE OF DELAWARE

DAVID J. MIZE,                           §
                                        § No. 525, 2024

      Defendant Below,                  §

      Appellant,                        § Court Below—Superior Court
                                        § of the State of Delaware

      v.                                 §
                                          § Cr. ID No. 1608019210 (N)

STATE OF DELAWARE,           §
                                          §

      Appellee.                       §

Submitted: June 9, 2025
Decided: June 23, 2025

## ORDER

On May 19, 2025, the Chief Deputy Clerk issued a notice, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file an opening brief by the filing deadline of April 28, 2025. Postal records show that the notice to show cause was delivered by May 27, 2025. A timely response to the notice to show cause was due by June 6, 2025. To date, the appellant has not filed an opening brief or responded to the notice to show cause. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

*/s/ Karen L. Valihura*
Justice